IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES M. GOFF and CYNTHIA A. GOFF, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM SCOTT PERT, et al., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:15-CV-1934-C |

## JUDGMENT

The above-styled and -numbered cause came on for trial.  The parties announced ready.

A jury was duly qualified and impaneled.  After hearing the testimony and argument of counsel,

the jury retired to consider their verdict.  Upon completion of their deliberations, the jury

returned into open court their verdict, which was accepted by the Court and ordered filed with the

other papers of this cause.  The verdict is referred to and incorporated herein as if set forth in full.

Following the verdict, the Court called for post-trial motions and ordered supplemental

briefing on an issue of law.  Based upon the verdict, and for the reasons stated in the Court's

order of even date, the Court renders the following judgment:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs, James M. Goff and

Cynthia A. Goff, take nothing as against Defendants, William Scott Pert and Oakley Trucking

(d/b/a and/or a/k/a Oakley Trucking, Inc., and/or d/b/a and/or a/k/a Bruce Oakley Trucking).  All

court costs are taxed against Plaintiffs.

SO ORDERED this 16th day of March, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE