UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES M. GOFF and CYNTHIA A. GOFF, | § § § | |
| Plaintiffs, | § § § | |
| V. | § § | CA No: 3:15-cv-1934-C |
| WILLIAM SCOTT PERT and OAKLEY TRUCKING (d/b/a and/or a/k/a OAKLEY TRUCKING, INC., and/or d/b/a and/or a/k/a BRUCE OAKLEY TRUCKING), | § § § § § § § | The Honorable U.S. District Judge Sam R. Cummings |
| Defendants. | § § | |

## **PLAINTIFF CYNTHIA A. GOFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Cynthia A. Goff hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 16TH day of March, 2017.

       Respectfully submitted,

       TURLEY LAW FIRM

       */s/ T Nguyen*
       T Nguyen
       State Bar No. 24051116
       1000 Turley Law Center
       6440 North Central Expressway
       Dallas, Texas 75206
       Telephone No. 214/691-4025
       Telecopier No. 214/361-5802
       Email:  tn@wturley.com

       ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was filed and served on all counsel of record via ECF/Pacer on this 14th day of April, 2017.

       */s/ T Nguyen*
       T Nguyen