IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10417
_____

D.C. Docket No. 3:15-CV-1934

United States Court of Appeals
Fifth Circuit
**FILED**
July 12, 2018
Lyle W. Cayce
Clerk

CYNTHIA A. GOFF,

    Plaintiff - Appellant

v.

WILLIAM SCOTT PERT; OAKLEY TRUCKING, doing business as Oakley Trucking, Incorporated, also known as Bruce Oakley Trucking,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before DAVIS, HAYNES, and DUNCAN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Aug 03, 2018**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**